# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2327

_____

Donald R. Tyes,

          Appellant,

    v.

Weldon Wilhoit; Frederick M. Mills;
John Gordon; James Keathley; Dennis
Overby; Larry Bodenhammer;
Missouri State Highway Patrol;
Michael Pace, individually and in
his official capacity as Major of the
Missouri State Highway Patrol,

          Appellees.

\* Appeal from the United States
\* District Court for the Western
\* District of Missouri.
\*
\* [UNPUBLISHED]

_____

Submitted: March 27, 2001

Filed: April 3, 2001

_____

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

      Donald R. Tyes was employed at the Missouri State Highway Patrol (MSHP).
After Tyes applied for and was denied several positions, he brought this discrimination
lawsuit against the MSHP and several of its officers alleging race discrimination,

retaliation, and disparate impact. The district court granted summary judgment to the defendants in a 127-page decision. The district court first concluded Tyes had suffered no adverse employment action by denial of a lateral transfer and Tye thus failed to establish a prima facie case. The district court also concluded Tye failed to create a genuine issue of fact regarding whether the MSHP's reason for the denial was pretextual. On appeal, Tyes argues the district court committed error in not finding pretext, citing Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133 (2000). Having carefully reviewed the record, we affirm on the basis of the district court's thorough summary judgment ruling.[*] See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Robert E. Larson, United States Magistrate Judge for the Western District of Missouri.